```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00515
  DAVID L TUCKER
  VALERIE D TUCKER                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6442     SSN XXX-XX-9697

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

      1.  The case was filed on 02/15/08 and confirmed on 07/03/08.

      2.  The case was converted to Chapter 7 after confirmation, 11/21/2008.

      3.  The Debtor paid a total of $    1643.38 .

      4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED VEHIC    9850.00         140.14        1135.70
ILLINOIS DEPT REVENUE      PRIORITY         NOT FILED          .00            .00
BANK ONE                   UNSECURED        NOT FILED          .00            .00
BUR COL RECO               UNSECURED        NOT FILED          .00            .00
CHASE AUTOMOTIVE FINANCE   UNSECURED        NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED          .00            .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED          .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
HSBC AUTO FINANCE          UNSECURED        NOT FILED          .00            .00
ILLINOIS AMERICAN WATER    SPECIAL CLASS    NOT FILED          .00            .00
IMAGING CARD               UNSECURED        NOT FILED          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED          .00            .00
TRIAD FINANCIAL CORP       UNSECURED        3686.01            .00            .00
GLENDA J GRAY              ORIGINAL ATTO    3326.00            .00         272.23
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 9850.00     3326.00      3686.01           .00      16862.01
PRINCIPAL PAID     1135.70      272.23         .00            .00       1407.93
INTEREST PAID       140.14         .00         .00            .00        140.14
TOTAL PAID         1275.84      272.23         .00            .00       1548.07
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $        .00
and was paid $       .00 .

The Trustee received $      95.31 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
```

```
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
       CASE NO. 08 B 00515 DAVID L TUCKER & VALERIE D TUCKER
```